# In the United States Court of Federal Claims

No. 05-1173 L
(E-Filed: December 15, 2005)

GEORGE D. DUFFY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is defendant's Motion to Consolidate this action into the action of Roth v. United States, No. 05-1173 L into which has been consolidated Nos. 05-484 L and 05-537 L. Based on the representations contained in defendant's motion, the motion to consolidate is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge